**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-11590

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

YOANDY ALONSO FIGUEREDO,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court

for the Southern District of Florida

D.C. Docket No. 1:22-cr-20438-RNS-3

————————————

Before JORDAN, BRANCH, and BRASHER, Circuit Judges.

PER CURIAM:

The government's motion to dismiss this appeal as untimely is GRANTED, and this appeal is DISMISSED. Yoandy Alonso Figueredo's notice of appeal, deemed filed on May 1, 2025, under

the prison mailbox rule, is untimely to appeal from the July 9, 2024 final criminal judgment.  *See* Fed. R. App. P. 4(b)(1)(A)(i) (providing that a defendant's notice of appeal must be filed within 14 days after entry of the appealed judgment or order); *id*. R. 4(c); *United States v. Lopez*, 562 F.3d 1309, 1313-14 (11th Cir. 2009) (holding that the time limit in Rule 4(b)(1)(A) is a non-jurisdictional claims-processing rule that we must enforce if raised by the government); *Manrique v. United States*, 581 U.S. 116, 121 (2017) (explaining that Rule 4(b) is a mandatory claims-processing rule); *Nutraceutical Corp v. Lambert*, 586 U.S. 188, 192-94 (2019) (holding that a mandatory claim-processing rule is not subject to equitable tolling).  Because the government has raised the timeliness issue, we "must apply the time limits of Rule 4(b)" and dismiss this appeal.  *See Lopez*, 562 F.3d at 1313-14.